

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00151-CR

| | | |
|---|---|---|
| Ex parte Omar Bashir Mohammed | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1359991D) |
| | § | August 27, 2015 |
| | § | Opinion by Justice Walker |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court denying Appellant's request for bond pending appeal is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
　　　Justice Sue Walker